JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, NV  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR POLIDORO,<br><br>                    Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a foreign corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>                    Defendants. | Case No. 2:21-cv-02156-JCM-DJA<br><br>**STIPULATION TO REMAND CASE TO STATE COURT** |

WHEREAS, Plaintiff OSCAR POLIDORO and his counsel of record ALLEN A. CAP of the law firm CAP & KUDLER have agreed to cap the damages recoverable by Plaintiff in this litigation of $75,000.00 for all claims arising out of the incident at SMITH'S on December 8, 2020;

IT IS HEREBY STIPULATION AND AGREED by and between Plaintiff OSCAR POLIDORO by and through his counsel of record, ALLEN A. CAP, ESQ. of the law firm CAP & KUDLER, and SMITH'S FOOD & DRUG CENTERS, INC. by and through its counsel of record, JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON P.A. as follows:

1. That the damages in this case be limited to the maximum amount of $75,000.00 on all claims; and

2. That this case be remanded to the Eighth Judicial District Court for the State of Nevada where the parties have agreed to have a neutral arbitrator appointed from JAMS, AMR, or some other neutral arbitrator agreed upon by all counsel to conduct a binding arbitration of this case.

CLAC 6729773.1

IT IS FURTHER STIPULATED AND AGREED that in the event additional defendants are added to this litigation, the cap of $75,000.00 will still limit the damages available to Plaintiff; however, if any defendant added hereinafter to this litigation successfully removes this case to federal court, then the agreement to submit this case to binding arbitration will become void and this matter will proceed to trial where the cap of $75,000.00 will no longer apply and Plaintiff will be able to seek a jury award of any amount.

Respectfully submitted this 25th day of January, 2022.

| CAP & KUDLER | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Allen A. Cap | /s/Jerry S. Busby |
| ALLEN A. CAP, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 000188 | Nevada Bar No. 001107 |
| 3202 West Charleston Boulevard | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV 89102 | Las Vegas, Nevada 89102 |
| (702) 878-8778 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| OSCAR POLIDORO | SMITH'S FOOD & DRUG CENTERS, INC. |

### ORDER REMANDING CASE TO STATE COURT

Pursuant to the stipulation set forth above, it is hereby ordered that the above-captioned case is remanded to Nevada's Eighth Judicial District Court for the reasons addressed in this stipulation, with the parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: _January 28, 2022 _____

CLAC 6729773.1

2